UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| JOHN MICHAEL EDDY and | ) | Case No. 6:12-bk-04736-CCJ |
| NANCY ELIZABETH EDDY, | ) | Chapter 7 |
| | ) | |
| Debtors. | ) | |

---

| | | |
|---|---|---|
| MARIE E. HENKEL, Chapter 7 Trustee, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Adversary No. 6:13-ap-00112-CCJ |
| | ) | |
| THE BROTHERS MILL, LTD., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

---

| | | |
|---|---|---|
| MARIE E. HENKEL, Chapter 7 Trustee, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Adversary No. 6:13-ap-00115-CCJ |
| | ) | |
| FRANK RAYMOND EDDY JR., | ) | |
| NANCY ELIZABTH EDDY, | ) | |
| THOMAS L. DEAN, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## **FINAL JUDGMENT**

This matter came before the Court for trial on February 12, 13, and 14, 2014, on the Complaint filed by the Plaintiff, the Chapter 7 Trustee, against Defendant, The Brothers Mill, Ltd., in case number 6:13-ap-112-CCJ (the "Brothers Mill Adversary") and the Complaint filed by the Plaintiff, the Chapter 7 Trustee, against Defendants, Frank Raymond Eddy, Jr. as Trustee

for the John Michael Eddy Trust of 1982, Nancy Elizabeth Eddy, and Thomas Dean as Trustee for the John Michael Eddy Trust of 1982, in case number 6:13-ap-115-CCJ (the "JME Trust Adversary").

Consistent with the Memorandum Opinion entered contemporaneously, it is

**ORDERED** that:

1. Judgment is entered in favor of the Defendant and against the Plaintiff with respect to Count I and Count III of the Complaint in the Brothers Mill Adversary.

2. Judgment is entered in favor of the Plaintiff and against the Defendant with respect to Count II and Count IV of the Complaint in the Brothers Mill Adversary.

3. Judgment is entered in favor of the Defendants and against the Plaintiff with respect to Count I, Count II, Count III, and Count V of the Complaint in the JME Trust Adversary.

4. Judgment is entered in favor of the Plaintiff and against Defendants with respect to Count IV of the Complaint in the JME Trust Adversary.

DONE AND ORDERED in Orlando, Florida, this 3rd day of April, 2015.

CYNTHIA C. JACKSON
United States Bankruptcy Judge

The Clerk is directed to serve a copy of this Final Judgment on interested parties.