ORDERED.

**Dated: December 08, 2016**

_Cynthia C. Jackson_
Cynthia C. Jackson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re ) | |
| ) | |
| JOHN MICHAEL EDDY and ) | Case No. 6:12-bk-04736-CCJ |
| NANCY ELIZABETH EDDY, ) | Chapter 7 |
| ) | |
| Debtors. ) | |
| | |
| MARIE E. HENKEL, Chapter 7 Trustee, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Adversary No. 6:13-ap-00112-CCJ |
| ) | |
| THE BROTHERS MILL, LTD., ) | |
| ) | |
| Defendant. ) | |

| | |
|---|---|
| MARIE E. HENKEL, Chapter 7 Trustee, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>FRANK RAYMOND EDDY JR., )<br>NANCY ELIZABETH EDDY, )<br>THOMAS L. DEAN, )<br>)<br>Defendants. )<br>)<br>) | Adversary No. 6:13-ap-00115-CCJ |

## ORDER DENYING MOTION BY DEFENDANTS FOR CLARIFICATION

This cause came before the Court on the Motion for Clarification filed by the Defendants (Doc. No. 113; the "Motion"). The Motion is denied. The Chapter 7 Trustee's Motion for Authority to Distribute Funds (Doc. No. 114; the "Trustee's Motion") is consistent with the Court's ruling and accordingly, the Court will enter an Order approving the Trustee's Motion.

Clerk's office to serve