ORDERED.

Dated:  December 08, 2016

_____
Cynthia C. Jackson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

JOHN MICHAEL EDDY and
NANCY ELIZABETH EDDY

    Debtor,
_____/

Case No.: 6:12-bk-04736-CCJ
Chapter 7

MARIE E. HENKEL, Chapter 7 Trustee,

    Plaintiff,

vs.

BROTHERS MILL, LTD.

    Defendant.
_____/

Adv. Pro. No. 6:13-ap-112-CCJ

### ORDER GRANTING TRUSTEE'S MOTION FOR AUTHORITY TO DISTRIBUTE FUNDS

THIS CASE came on for consideration without a hearing on Trustee's Motion for Authority to Distribute Funds (Doc. No. 114) filed October 17, 2016.  The Court finds appropriate notice has been given and no objections have been filed.  The Court, having reviewed the Motion and being duly advised in the premises finds it should be granted.  Accordingly, it is

ORDERED:

1. Trustee's Motion for Authority to Distribute Funds (Doc. No. 114) is GRANTED.

2. The Chapter 7 Trustee's Attorney, Zimmerman, Kiser & Sutcliffe, P.A., is hereby authorized to distribute the Sale Proceeds from the Trust Account as follows:

- Fifty Percent (50%) or $44,602.12 to Marie E. Henkel, the Trustee of the John Michael Eddy Bankruptcy Estate;

- Fifty Percent (50%) or $44,602.13 to Frank Raymond Eddy, Jr.

Trustee, Marie E. Henkel, is directed to serve a copy of this Order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the Order.